JACOB IMBERMAN et al., Respondents, v. HENRY M. ALEXANDER et al., Defendants, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 656.]

∎

ADA GORDON, on Behalf of Herself and All Other Stockholders of HOTEL BARBIZON, INC., Appellant, v. LAWRENCE B. ELLIMAN et al., Defendants, and HOTEL BARBIZON, INC., Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 655.]

∎

In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Trustee under the Will of CARRIE B. LEFFERTS, Deceased, Respondent. FLORENCE O'B. LEFFERTS, Appellant; MARY L. RAWLE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See ante, p. 653.]

∎

∎

WALCO BEAD COMPANY, INC., v. UNION NOVELTY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 280 App. Div. 964.]

∎

ACE MAILING SERVICE, INC., v. JOURNAL OF COMMERCE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See ante, p. 654.]

∎

∎

CHARLES E. SICKLES v. BUTLER PAPER NEW YORK CORP. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See ante, p. 656.]